JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| LOUIE GIANNINI, | ) | No. CV 09-06357-JVS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| THOMPSON, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed.

DATED: February 24, 2010

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE